## J. Lawrence McVickar and another v. Delos L. Filer and others.

*Demurrer: Dismissing bill for want of prosecution.* Where defendants to a bill in equity have demurred to the bill, the court has no authority to dismiss the bill for want of prosecution while the demurrer is pending. Such defendants may themselves expedite the case by noticing the demurrer for argument.

*Heard January 4 and 5. Decided January 5.*

Appeal in Chancery from Manistee Circuit.

This was a bill filed November 1, 1869, by J. Lawrence McVickar and Benjamin McVickar, against Delos L. Filer and eighty-eight others. Several of the defendants demurred to the bill. Subsequently on May 4, 1871, on motion of defendants who had demurred, the bill was dismissed for want of prosecution. From this order the complainants appealed.

*Bullis & Cutcheon* and *D. Darwin Hughes,* for complainants.

*Ramsdell & Benedict,* for defendants.

THE COURT held that there was no authority for dismissing the bill for want of prosecution while the demurrer

was pending.    The defendants who had demurred could themselves have expedited the case by noticing the demurrer for argument.

Decree below reversed, with costs.